

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00689-CV

**TEN THOUSAND FIVE HUNDRED SIXTY-TWO DOLLARS AND NINETY-SIX CENTS ($10,562.96) UNITED STATES CURRENCY**; and Certain Property,
Appellant

v.

**STATE OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14694
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The trial court signed a final judgment on September 29, 2015. Because the appellant, Lonnie Ray Hines, did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on October 29, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on November 13, 2015. *See* TEX. R. APP. P. 26.3. Although Hines filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We, therefore, ORDER Hines to file, **on or before December 15, 2015**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If Hines fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All appellate deadlines are suspended pending further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

Keith E. Hottle
Clerk of Court